# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 08-49 JVS (MLGx) | Date June 6, 2008 |
| Title Peel v. Brooks America Mortgage Corporation | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order Vacating Scheduling Conference and Issuing Order to Show Cause

      A Scheduling Conference is set in this matter for June 9, 2008. On June 2, 2008, Timothy R. Brooks *et al.* filed a unilateral Rule 26(f) Report. The Scheduling Conference is ordered off calendar.

      On or before June 18, 2008, Brooks America Mortgage Corporation is directed to show cause in writing why the Court should not sanction counsel and/or strike its Answer for failure to submit a Joint Rule 26(f) Report or seek a continuance upon a showing of good cause. The Court will conduct a hearing on the Order to Show Cause at 10:30 a.m. on June 23, 2008.

      If the parties have filed a Joint Report by June 18, 2008, the Order to Show Cause will be discharged, and the June 23, 2008 hearing will be converted into a Scheduling Conference.

| | 0 : 0 |
|---|---|
| | Initials of Preparer   kjt |