# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-00049 JVS (MLGx) | Date | June 18, 2008 |
| Title | Timothy R. Peel, et al. v. Brooks America Mortgage Corp., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    ( In Chambers )    Order to Discharging Order Show Cause and Continuing Scheduling Conference

      The Court, having granted the plaintiff's Ex Parte Application regarding service of defendants on June 9, 2008, hereby discharges the Order to Show Cause issued on June 6, 2008 and ORDERS the Scheduling Conference continued to July 21, 2008 at 10:30 a.m.

     :    00

Initials of Preparer    kjt